IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HILDA L. SOLIS, *Secretary of Labor,* § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-0666 |
| § | |
| HONG KONG GROUP, INC., *et al.,* § | |
| § | |
| Defendants. § | |

**ORDER**

The plaintiff's Motion to Reinstate Case to the active docket is granted. A status conference is set for **August 12, 2009, at 4:00 p.m.**

SIGNED on June 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge