IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> HONG KONG GROUP, INC. d/b/a HONG KONG FOOD MARKET #1 and HONG KONG MARKET #1, PACIFIC OCEAN ENTERPRISE, INC. d/b/a HONG KONG FOOD MARKET #2 and HONG KONG MARKET #2, HONG LAND CORPORATION d/b/a HONG KONG FOOD MARKET #3 and HONG KONG MARKET #3, B & B CORNER CORPORATION d/b/a HONG KONG FOOD MARKET #4 and HONG KONG MARKET #4, HAI DU DUONG, individually, HA DUONG, individually, TOMMY VO a/k/a MR. TIEN, TIEN VANVO, TINTIEN V. VO, TIEN V. VO, TIEN BAN VO, TIEN VAN and TIEN VO, individually, <br><br> Defendants. | Civil Action No. 4:07-cv-00666 |

## Consent Judgment

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Plaintiff) has filed her complaint and Defendants Hong Kong Group, Inc. d/b/a Hong Kong Food Market #1 and Hong Kong Market # 1, Pacific Ocean Enterprise, Inc. d/b/a Hong Kong Food Market # 2 and Hong Kong Market #2, Hong Land Corporation d/b/a Hong Kong Food Market # 3 and Hong Kong Market #3, B & B Corner Corporation d/b/a Hong Kong Food Market # 4 and Hong Kong Market # 4, Hai Du Duong, individually, and Ha Duong, individually

Consent Judgment – Page 1

(collectively "Defendants"), without admitting they have violated any provision of the Fair Labor Standards Act of 1938, have agreed to the entry of judgment without contest. It is, therefore, upon motion of Plaintiff and for cause shown,

ORDERED, ADJUDGED and DECREED that Defendants, their officers, agents, servants, employees and all persons in active concert or participation with them be and they hereby are permanently enjoined and restrained from violating the provisions of sections 6, 7 & 11(c), 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter referred to as the Act, in any of the following manners:

1. Defendants shall not, contrary to Sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), pay any employee who is engaged in commerce or in the production of goods for commerce, or who is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less the minimum hourly rates required by Section 6 of the Act.

2. Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2) employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his or her employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he or she is employed.

3. Defendants shall not, contrary to Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep and preserve adequate and accurate records of the persons employed by them, and the wages, hours and other conditions and practices of

employment maintained by them as prescribed by regulations issued by the Administrator of the Employment Standards Administration, United States Department of Labor (29 C.F.R. Part 516).

4. The parties agree, and the Court finds, that $1,800,000 is due under the Act to Defendants' employees named in the attached Exhibit A for the period from March 8, 2003 through December 31, 2006 for minimum wage and overtime compensation. To date, Defendants have paid to Plaintiff minimum wage and overtime compensation in the total amount of $1,100,000.00. Defendants are ORDERED to deliver to Plaintiff a cashier's check payable to "U.S. Department of Labor" in the amount of $700,000.00 no later than January 19, 2010.

If is further ORDERED that following the final payment of $700,000.00, Plaintiff shall promptly proceed to make distribution of such unpaid back wages, less the employees' share of income tax and social security deductions, to Defendants' employees named in the attached Exhibit A or to their estate if necessary. In the event that any of the money cannot be distributed within the period of three (3) years hereof because of inability to locate the proper person, or because of their refusal to accept such sums, Plaintiff shall deposit such funds with the U.S. Treasury.

It is further ORDERED that the right of any and all of Defendants' employees not specifically named in Exhibit A attached hereto to bring an action under Section 16(b) of the Fair Labor Standards Act 29 U.S.C. §216(b), shall be restored and that neither the filing of this action nor the entry of this judgment shall be a bar to such action and that the statute of limitations in such action shall be deemed tolled during the pendency of this action. The parties agree that the instant action is deemed to cover the period from March 8, 2003 through December 31, 2006.

The parties therefore agree that the filing of this action and provisions of this judgment

**Consent Judgment** – Page 3

shall not be interpreted so as to prejudice or preclude the legal rights of the Secretary of Labor or of any employees of Defendants in any action filed by the Secretary of Labor or by such employee under the Act covering violations alleged to have occurred after December 31, 2006.

It is further ORDERED that each party agrees to bear his or her own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

SIGNED this 30th day of DECEMBER, 2009 at Houston, Texas.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

Respectfully Submitted,

**DEFENDANTS HONG KONG GROUP, INC. d/b/a HONG KONG FOOD MARKET #1 and HONG KONG MARKET #1, PACIFIC OCEAN ENTERPRISE, INC. d/b/a HONG KONG FOOD MARKET #2 and HONG KONG MARKET #2, HONG LAND CORPORATION d/b/a HONG KONG FOOD MARKET #3 and HONG KONG MARKET #3, B & B CORNER CORPORATION d/b/a HONG KONG FOOD MARKET #4 and HONG KONG MARKET #4**

by:

s/ John M. Williams
JOHN M. WILLIAMS
Attorney-in-Charge
Texas State Bar No. 21554200
S.D. Tex Bar No: 11589
lwjpc@aol.com (Email)
**LUTTRELL & WILLIAMS, P.C.**
3000 Weslayan, Suite 350
Houston, Texas 77027
Telephone: (713) 877-1077
Facsimile: (713) 877-1089

Signed this 22 day of December 2009.

**Attorneys for Defendants Hong Kong Group, Inc. d/b/a Hong Kong Food Market #1 and Hong Kong Market # 1, Pacific Ocean Enterprise, Inc. d/b/a Hong Kong Food Market # 2 and Hong Kong Market #2, Hong Land Corporation d/b/a Hong Kong Food Market # 3 and Hong Kong Market #3, B & B Corner Corporation d/b/a Hong Kong Food Market # 4 and Hong Kong Market # 4**

Consent Judgment – Page 5

Respectfully Submitted,

DEBORAH GREENFIELD
Acting Deputy Solicitor

JAMES E. CULP
Regional Solicitor

MARGARET TERRY CRANFORD
Counsel for Wage & Hour

by:

s/ Robert C. Beal
ROBERT C. BEAL
Senior Trial Attorney
Attorney-in-Charge
Texas State Bar No. 01951400
S.D. Tex. Bar No. 19591
beal.robert@dol.gov (Email)
**U. S. DEPARTMENT OF LABOR**
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas 75202
Telephone: (972) 850-3100
Facsimile: (972) 850-3101

Signed this 29th day of December 2009.

**Attorneys for Plaintiff
Hilda L. Solis, Secretary of Labor**

**DEFENDANTS HAI DU DUONG AND HA DUONG, individually**

by:

s/ Robert Pham
ROBERT PHAM
Attorney-in-Charge
Texas State Bar No. 007955990
robertpham@pdq.net (Email)
**ROBERT PHAM & ASSOCIATES**
9999 Bellaire Blvd., Suite 1122
Houston, Texas 77036
Telephone: (713) 776-3333
Facsimile: (713) 776-3335

Signed this __22__ day of December 2009.

**Attorney for Defendants
Hai Du Duong and Ha Duong**


**DEFENDANT HAI DU DUONG:**

_____
HAI DU DUONG

Signed this __22__ day of December 2009.


**DEFENDANT HA DUONG:**

_____
HA DUONG

Signed this __22__ day of December 2009.

# Exhibit A

**Investigative Period Employees**

**HONG KONG MARKET #1**
Acosta, Silas
Ajpacaja, Miguel O
Alva, No M
Archila, Ancelmo Sapan
Batz, Manuel L
Bautista, Reynalda M
Calel, Gregorio V
Carrillo, Pascual S
Casia, Manuel R.
Casigino, Diego
Chaves, Batazar
Chien, Phat C
Codona, Jose
Corona, Jose G
Cotiy, Manuel E
Coz, Rocael V
Cruz, Nellie
Cuy, Victor R
Danh, Sach
Do, Tung M
Du, Katherine K
Duong, Dung N
Eladio, Rolando Y
Garcia, Juan P
Gesbian, Santo Archila
Gomez, Antonio P
Gorostieta, Rigoberto P
Guachiac, Manuel
Guarchaj, Genaro T
Guevara, Diego
Ha, Chau B.
Ha, Vien N
Hang, Xi
Hernandez, Lucio
Hernandez, Tobias
Hoa, Trinh T
Hoang, Con V

Hoang, Joseph D
Hoang, Ngac
Huynh, Hoang M
Huynh, Xuan D
Ixcol, Edgar
Le, Loan T
Le, Phuong M
Le, Tuan A
Lopez, Elizandro
Lopez, Unknown
Lopez Perez, Jose
Luu, Duc T
Luu, Nguu
Marquez, Jose M
Martin, Domingo Poz
Ngo, Phil
Ngo, Vi S
Nguyen, Bi T
Nguyen, Chien T
Nguyen, Chuong N
Nguyen, Cuu
Nguyen, Duc H
Nguyen, Dung G
Nguyen, Hanh D
Nguyen, Hoang D
Nguyen, Lan N
Nguyen, Luan D
Nguyen, Muon V
Nguyen, Sam T
Nguyen, Thanh N
Nguyen, Thuy P
Nguyen, Truoc T
Nguyen, Truong Chien H
Nhan, Sa T
Orazco, Samuel E
Ordonez, Esteban C
Oroxon, Santos F
Perez, Andrez L
Pham, Bach Y
Pham, Long Q
Phan, Mai T

Phan, Nam H
Phan, Thau T
Phung, Long V
Plancarte, Saul D
Ponifice, Luis M
Poz, Domingo
Poz, Venturo G
Puac, Jose
Puac, Moises
Reyes, Jose B
Sapan, Rigoberto
Sapon, Luis
Sum, Nam
Tepaz T, Jaime
Thai, Tro V
Ting, Kin K
Tran, Ha V
Tran, Minh C
Tran, Nhat M
Truong, Jenna
Truong, Nu T
Tulul, Diego Tzep
Tulul, Elias
Tulul, Sebastian
Tzep, Alonzo L
Tzep, Francisco C
Tzep, Juan Coty
Tzul, Juan A
Vazquez, Fidel M
Vo, Oanh T
Yac, Mariano
Yax, Moises P
Zuy, Cristobal

### HONG KONG MARKET #2
Ambrosio, Pascual T
Aroldo, Martinez
Bui, Cong Q
Bui, Hung
Bui, Minh C
Bui, Thuong T
Bui, Tuyet L
Carrillo, Eliteo C

Casia, Jasinto B
Castro, Oswaldo
Chavez, Juan O
Chavez, Pascual
Chavez Ambrocia, Lorenzo
Chi, Oanh H
Coti, Diego
Cruz, Rolando
Cux Yaxon, Manuel Gereminos
Cuz, Josue E
Dang, Chuong T
Dang, Phung T
Dinh, Phuc X
Gomez, Diego
Gonzalez, Cruz
Gonzalez, Gaspar
Gonzalez, Manuel
Huynh, Anh N
Huynh, Sinh T
Huynh, Tan N
Ixtos, Pascual
Khong, Hanh T
Lam, Kim Nguyen T
Lam, Ngoc G
Le, Can T
Le, Canh P
Le, Hong H
Le, Lien K
Luong, My Dung T
Luu, Lang N
Luu, Nuong X
Ma, Kim E
Macario, Carlos
Mai, Duy A
Mata, Rosendo R
Mendoza, Diego T
Morales-Tale, Santos
Morin Rodriguez, Salvador
Nguyen, Duong N
Nguyen, Kim Huong T
Nguyen, Lam D
Nguyen, Loan T
Nguyen, Mai T
Nguyen, My T

Nguyen, Ngoan T
Nguyen, Phat T
Nguyen, Quang N
Nguyen, Suong N
Nguyen, Thanh M
Nguyen, Thu N
Nguyen, Thuy Phuong T
Nguyen, Tien K
Oliveros, Fidel
Oliveros, Gustavo R
Ordonez, Francisco J
Pham, Long Q
Pham, Minh H
Phan, Diem Thuy
Phan, Thau T
Poncio, Manuel
Quach, Chau B
Quach, Trung
Quiej, Jose C
Salo, Santos
Sam, Hung C
Saquic, Jose O
Sazo, Edwin
Ta, Ton C
Talos, Santos
Thai, Qui H
Thai, Tro V
Tran, Bich T
Tran, Chung K
Tran, Dung T
Tran, Hoa V
Tran, Lien X
Tran, Mong T
Tran, Nu N
Tran, Ri T
Tran, Thanh T
Tran, Ty Van
Tran, Vinh H
Van, Ky T
Vargas, Isaco
Vargas, Isael
Vasquez, Matilde V
Vo, Vinh V
Vu, Dung Q

Vu, Uyen V
Xocol, Manuel

## HONG KONG MARKET #3

Ajtop, Romeo D
Bahadur, Jackser
Balcox, Manuel
Balux, Brijido A
Balux, Josue T
Chau, Ba
Chau, Minh T
Chavez, Cruz
Chavez, Juan
Cocom, Antonio L
Cocom, Leonel
Coraclio, Angel
Cordova, Antonio
Cotry, Pascual
Coty, Francisco X
Cux, Antonio F
Dam, Phuoc H
Dang, Anh V
Do, Duc H
Doan, Hing H
Doan, Hinh
Domingo, Guadalupe
Du, Lai T
Ernesto, Jose
Ganchag, Santo
Gomez, Leonel
Guarchaq, Sango
Ha, Loan T
Huynh, Marguerite
Ixmata, Samuel B
Kuo, Shu H
Le, Minh H
Lee, Kim
Lopez, Cruz
Lopez, Luis
Lu, Hung T
Luu, Duc T
Luu, Helen T
Ly, Tang V

**Consent Judgment** – Page 9

Mas, Alberto T
Mas, Ernesto
Mata, Rosendo R
Ngo, Thu L
Nguyen, Hay T
Nguyen, Hoa
Nguyen, Hoa T
Nguyen, Hung P
Nguyen, Khuyen V
Nguyen, Kieu A
Nguyen, Kim
Nguyen, Minh N
Nguyen, Nhat D
Nguyen, Phuong M
Nguyen, Quoi P
Nguyen, Sam T
Nguyen, Thanh P
Nguyen, Tuong V
Nguyen, Thu T
Nguyen, Trung D
Nguyen, Tuan H
Nguyen, Tuong V
Ocul, Flalio
Oliveros, Fidel
Ong, Huoi H
Pacheco, Manuel
Pham, Chuong H
Pham, Quy P
Pham, Tan T
Phu, Richard L
Quiej, Jose C
Rolando, Eleanor
Segura, Sergio
Sevastian, Victor
Rehan, Shahzad
Suy, Rodolfo F
Tambris, Manuel
Tepaz, Jaime T
Thai, Hang T
Tran, Alec
Tran, Nong V
Truong, Linh N
Truong, Minh V
Truong, Nguyen N

Tzep, Alonzo L
Tzep, Daniel T
Tzep, Francisco G
Tzep, Juan T
Tzep, Miguel
Tzoc, Diego
Vargas, J Isael
Vo, Se V
Xocol, Tomas
Xum, Tomas X
Yac, Agustin
Yac, Eladio R

## HONG KONG MARKET #4
Aguirre, Alfredo
Ajanel, Marleni
Aju, Leticia
Aju, Miguel D
Ambrocio, Juan Q
Ambrocio, Pascual T
Bui, Cong Q
Bui, Kim T
Bui, Sau
Cajtunaj, Cruz G
Carrillo, Cesar I
Charc, Mary
Chan, Keung Ping
Chau, Dung T
Chavez, Francisco
Chavez, Timoteo
Chu, Hai C
Chung, Cam T
Consuelo, Morin M a/k/a Consuelo Morin
Cotiy, Pascual
Cox, Tam T
Cruz, Jose Emilio
Cuy-Ixtos, Diego E
Danh, Sach
Dao, Tracy T
Dinh, Huong T
Dinh, Thuy T
Dinh, Tram H

**Consent Judgment** -- Page 10

Do, Chung Q
Doan, Nhu Q
Du, Dang T
Duong, Quynh N
Duong, Thanh C
Flores, Mercedes D
Flores, Samuel
Fuerte, Jose C
Golespara, Jacinto G
Gomez, Juan
Guachiac, Cristobal
Guachiac, Manuel T
Guarchiaj, Francisco
Guerchaj, Javier T
Ha, Thanh P
Hang, Xi
Hernandez, Armando S
Hernandez, Vilma O
Hki, Juan
Ho, Chi K
Ho, Quang S
Hoang, Phan
Huynh, Hung M
Huynh, Khe K
Huynh, Minh Hue T
Huynh, Phuc M
Huynh, Sum X
Ixcol Espana, Jacinto
Ixcot, Martin P
Ixtoschox, Manuel
Iztos, Diego T
Kim, Song
Ko, Cecile
Le, Dan Q
Le, Diem D
Le, Dung P
Le, Hoa
Le, Kim Phuong T
Le, Lam T
Le, Thuan V
Le, Trieu D
Le, Trinh V
Le, Vi V
Lee, Kim

Li, Nan C
Lim, Heng
Lin, Wenbing
Loaisiga, Abercio R
Lopez, Jose
Luong, Phan Q
Luu, Nguu
Ly, Colleen
Ly, Tang V
Ly, Thai V
Ly, Ty V
Mai, Kim Phung T
Mata, Rosendo R
McCutchan, Diem T
Mendez, Santos
Morales, Nicolas T
Morin, Consuelo M
Ngo, That V
Ngov, Tek Y
Nguyen, Anh T
Nguyen, Bi T
Nguyen, Cuu
Nguyen, Dan T
Nguyen, Dung H
Nguyen, Dung L
Nguyen, Hai H
Nguyen, Hiep D
Nguyen, Ho M
Nguyen, Ke D
Nguyen, Khanh K
Nguyen, Kim Anh T
Nguyen, La V
Nguyen, Lai
Nguyen, Lan T
Nguyen, Luong T
Nguyen, Michael
Nguyen, Nam T
Nguyen, Ngoc Anh T
Nguyen, Nhin T
Nguyen, Phat T
Nguyen, Phuong Q
Nguyen, Phuong T
Nguyen, Quoi P
Nguyen, Quy Q

Nguyen, Sanh V
Nguyen, Tam M
Nguyen, Tan N
Nguyen, Tan S
Nguyen, Thanh V
Nguyen, Thinh D
Nguyen, Thuy P
Nguyen, Tien M
Nguyen, Trung M
Nguyen, Tuan H
Nguyen, Tuyen H
Nguyen, Viet T
On, Di T
Perez, Maryuri
Pham, Ca V
Pham, Huong T
Pham, My N
Pham, Tam N
Phan, Ann N
Phan, Nga K
Phan, Thau T
Phung, Huong T
Pixabaj, Arcadia J
Poz, Domingo T
Prudente, Laura M
Quach, Dean
Quach, Hung T
Quach, Tina
Quach, Trung
Quej, Jose
Quixitan, Roberto
Reyes, Veronica
Robelo, Martin R
Salanic de Leon, Luis E
Saquic, Jose O
Sun, Xing
Tamayac, Gerardo
Tambriz, Miguel
Tang, Minh
Tang, Ronald
Tat, Hat
Tahi, Dung M
Tepaz, Antonio Z
Tephz, Alonz

Tiet, Tran N
Ting, Kin K
Tong, Hoang V
Tran, Anh Hoa T
Tran, Hoang M
Tran, Khang T
Tran, Ly V
Tran, Mo T
Tran, Quang H
Tran, Ro T
Tran, Son M
Tran, Son N
Tran, Thoang C
Tran, Tuong Vi C
Tran, Vinh D
Trinh, Dat T
Truong, Jaclyn V
Tulul, Diego T
Tulul, Xtoz
Tzaj, Juan D
Tzep, Tulul
Tzoc, Domingo
Garcia, Mateo Antonio Archila
Ordonez, Cruz
Yaxon Coday, Delfino
Tulul, Francisco Tzoc
Chox, Manuel Ixtos
Yuxon, Maynor ("Mayer")
Tulul, Reginaldo Xocol
Chavez, Santo Domingo
Vac-Cam, Israel
Vasquez Lopez, Bernadino
Vasquez, Eledzar
Vasquez, Fidel
Vasquez, Jeremias
Vasquez, Juan J
Vasquez, Santos Felipe
Velasquez, Jose B
Vo, Kim Anh T
Vo, Lan V
Vo, Son H
Vu, Ai Nhi T
Vu, Loc H
Wu, Ming S

**Consent Judgment** – Page 12

Xocol-Carac, Mauro M
Xocol, Luciano Tulul
Xocol, Pascual Tutul
Xocol-Xum, Tomas
Xocol, Manuel D
Yen, Phuc V
Yen, Tai V
Yoxon, Mercedes

## Cash Employees

Archila, Spon
Ajapacaja, Cruz O
Cux, Manuel
Ixtos, Diego
Ixtos, Pascual
Lorendo
Macario, Carlos Manuel Macario
Marcelino, Felix
Ordonez, Santos M
Salvador Morine
Ordones, Cristobal
Vasquez, Jose I
Ordones, Raul S
Balux, Julio
Balux, Lorento
Bray, Mario
Cocom, Julio
Cordova Toma, Antonio
Cux, Antonio Francisco
Eladio, Rolando
Noj, Guadalupe
Pacheco, Manuel
Rosario, Francisco
Segura, Sergio
Tambrix, ABC
Tambriz, Francisco
Tambriz, Manuel I
Traminey, Francisco I
Tzep, Miguel
Tzat, Isac Tzoc
Balux, Manuel

Cotly, Mauricio
Chocon, Rudi R
Ambrocio, Pascual T

**Consent Judgment** -- Page 13

**September 2005 through December 2006 Employees**

**HONG KONG MARKET # 1**
Acosta, Silas
Ajpacaja, Miguel O
Alva, Noe M
Aparicio, Luis A
Batz, Manuel L
Bautista, Felipe
Bautista, Reynalda M
Calel, Gregorio V
Carrillo, Pascual S
Casia, Manuel R
Chitic, Rolando L
Corona, Jose G
Cotiy, Manuel E
Coz, Rocael V
Du, Katherine K
Eladio, Rolando Y
Garcia, Juan P
Guachiac, Manuel T
Guarchaj, Genaro T
Guevara, Diego
Ha, Chau B
Ha, Vien N
Hernandez, Pedro G
Hernandez, Tobias
Hoa, Trinh T
Hoang, Cliff N
Hoang, Con V
Huynh, Hoang M
Le, Phuong M
Le, Tuan A
Luu, Nguu
Marquez, Jose M
Ngo, Phil
Ngo, Vi S
Nguyen, Bi T
Nguyen, Chien T

Nguyen, Chuong N
Nguyen, Duc H
Nguyen, Dung V
Nguyen, Hanh D
Nguyen, Kim Anh T
Nguyen, Lan N
Nguyen, Luan D
Nguyen, Muon V
Nguyen, Sam T
Nguyen, Trung T
Nguyen, Truoc T
Nhan, Sa T
Orazco, Samuel E
Ordones, Cristobal
Ordonez, Santos G
Oroxon, Santos F
Perez, Andrez L
Pham, Bach Y
Phan, Mai T
Phan, Nam H
Plancarte, Saul D
Poz, Venturo G
Puac, Jose
Sapon, Luis
Tepaz-T, Jaime
Thai, Tro V
Tran, Minh C
Tran, Nhat M
Truong, Jenna
Truong, Nu T
Tulul, Diego T
Tulul, Elias
Tzep, Alonzo L
Tzep, Francisco C
Tzul, Juan A
Vasquez, Fidel
Vo, Oanh T
Yax, Moises P
Zuy, Cristobal

**HONG KONG MARKET #2**

Ambrocio, Pascual T
Aroldo, Martinez
Bui, Cong Q
Bui, Hung
Bui, Minh C
Bui, Thuong T
Bui, Tuyet L
Carrillo, Eliteo C
Casia, Jasinto B
Chavez, Juan O
Chi, Oanh H
Coti, Diego
Cux, Josue E
Dang, Chuong T
Dang, Phung T
Gonzalez, Gaspar
Gonzalez, Manuel
Ha, Quoc T
Huynh, Anh N
Huynh, Sinh T
Huynh, Hanh T
Lam, Kim Nguyen T
Lam, Ngoc G
Le, Can T
Le, Canh P
Le, Hong H
Luong, My Dung T
Luu, Lang N
Luu, Nuong X
Ma, Kim E
Mai, Duy A
Mata, Rosendo R
Mendoza, Diego T
Morales-Tale, Santos
Nguyen, Duong N
Nguyen, Kim-Huong T
Nguyen, Lam D
Nguyen, Loan T
Nguyen, Ngoan T
Nguyen, Son N
Nguyen, Suong N

Nguyen, Thanh
Nguyen, Thanh M
Nguyen, Thuy Phuong T
Nguyen, Tien K
Oliveros, Fidel
Oliveros, Gustavo R
Ordonez, Francisco J
Pham, Minh H
Phan, Diem Thuy T
Quach, Chau B
Quiej, Jose C
Saquic, Jose O
Sazo, Edwin
Thai, Qui H
Tran, Bich T
Tran, Chung K
Tran, Huong V
Tran, Lien X
Tran, Mong T
Tran, Mong Thu T
Tran, Nu N
Tran, Ri T
Tran, Thanh T
Tran, Tuan N
Tran, Vinh H
Van, Ky T
Vasquez, Matilde V
Vo, Vinh V
Vu, Dung Q
Vu, Phuc T
Vu, Uyen V

**HONG KONG MARKET #3**
Ajtop, Romeo D
Balux, Brijido A
Balux, Josue T
Chau, Ba
Chau, Minh T
Cocom, Leonel
Coty, Francisco X
Do, Duc H

**Consent Judgment** – Page 15

Doan, Hinh
Du, Lai T
Ernesto, Jose
Ha, Loan T
Ixmata, Samuel B
Le, Minh H
Lee, Kim
Lopez, Cruz
Lu, Hung T
Luu, Duc T
Luu, Helen T
Mas, Alberto T
Mas, Ernesto
Mata, Rosendo R
Ngo, Thu L
Nguyen, Hay T
Nguyen, Hoa
Nguyen, Hoa (kitchen) T
Nguyen, Hoa T
Nguyen, Hung P
Nguyen, Kieu Anh
Nguyen, Minh N
Nguyen, Nhat D
Nguyen, Quoi P
Nguyen, Sam T
Nguyen, Si T
Nguyen, Thanh P
Nguyen, Thanh T
Nguyen, Thu T
Nguyen, Trung D
Nguyen, Tuan H
Oliveros, Fidel
Pham, Quy P
Pham, Tan T
Phu, Richard L
Quiej, Jose C
Shahzad, Rehan
Suy, Rodolfo
Tepaz-T, Jaime
Tran, Alec
Truong, Linh N

Tzaj, Isaac T
Tzep, Alonzo L
Tzep, Daniel T
Tzep, Juan T
Vo, Se V
Vu, Duc V
Xum, Tomas X

**HONG KONG MARKET #4**
Aguirre, Alfredo
Ajanel, Marleni
Aju, Miguel D
Alva, Eulalio V
Bui, Cong Q
Bui, Kim T
Bui, Sau T
Bui, Vu Q
Cajtunaj, Cruz G
Carrillo, Cesar I
Chan, Keung P
Chau, Dung T
Chavez, Timoteo
Chu, Hai C
Chung, Cam T
Consuelo, Morin M
Cotiy, Pascual
Cox, Tam T
Dao, Tracy T
Diep, Quan M
Dinh, Huong T
Dinh, Nhan T
Dinh, Tram H
Dinh, Vu D
Doan, Nhu Q
Du, Dang T
Duong, Quynh N
Flores, Mercedes D
Flores, Samuel
Fuerte, Jose E
Guachiac, Cristobal
Guarchiaj, Francisco

| | |
|---|---|
| Hang, Xi | Nguyen, Hai H |
| Hernandez, Armando S | Nguyen, Hiep D |
| Hernandez, Vilma O | Nguyen, Ho M |
| Ho, Chi K | Nguyen, Ke D |
| Ho, Quang S | Nguyen, Khanh K |
| Hoang, Phan | Nguyen, Kiet A |
| Huynh, Minh | Nguyen, Kim Anh T |
| Huynh, Minh Hue T | Nguyen, La V |
| Huynh, Phuc M | Nguyen, Lai T |
| Huynh, Sum X | Nguyen, Lan T |
| Ixcot, Martin P | Nguyen, Luong T |
| Ixtos, Diego (produce) T | Nguyen, Michael |
| Kim, (Driver) Song | Nguyen, Nam T |
| Ko, Cecile | Nguyen, Nhin T |
| Le, Dan Q | Nguyen, Phat T |
| Le, Diem D | Nguyen, Phuong Q |
| Le, Dung M | Nguyen, Phuong T |
| Le, Hoa | Nguyen, Quoi P |
| Le, Kim Phuong T | Nguyen, Quy Q |
| Le, Trieu D | Nguyen, Sanh V |
| Le, Trinh | Nguyen, Tam M |
| Lee, Kim | Nguyen, Tan S |
| Li, Nan C | Nguyen, Thanh V |
| Lim, Heng | Nguyen, Thinh D |
| Loaisiga, Abercio R | Nguyen, Thuy P |
| Luu, Nguu | Nguyen, Tien M |
| Ly, Colleen | Nguyen, Trung M |
| Ly, Ty V | Nguyen, Tuyen H |
| Ma, Cao | On, Di T |
| Mai, Kim Phung T | Perez, Maryuri |
| Mata, Rosendo R | Pham, Ca V |
| McCutchan, Diem T | Pham, Huong T |
| Morales, Nicolas T | Pham, My N |
| Ngo, That V | Pham, Tam N |
| Ngov, Tek Y | Phan, Ann N |
| Nguyen, Bi T | Phan, Nga K |
| Nguyen, Cuu | Phung, Huong T |
| Nguyen, Dan T | Pixabaj, Arcadia J |
| Nguyen, Dung H | Prudente, Laura M |
| Nguyen, Dung V | Quach, Dean |
| Nguyen, Duong A | Quach, Hung T |

**Consent Judgment** -- Page 17

Quach, Tina
Quixitan, Roberto
Reyes, Veronica
Robelo, Martin R
Saquic, Jose O
Tamayac, Gerardo
Tambriz, Miguel
Tang, Minh
Tat, Ha T
Tiet, Tran N
Ting, Kin K
Tran, Anh Hoa T
Tran, Hoang M
Tran, Khang T
Tran, Ly V
Tran, Mo T
Tran, Quang H
Tran, Ro T
Tran, Son N
Tran, Tuong-Vi C
Tran, Vinh D
Truong, Jaclyn V
Tzaj, Juan D
Tzoc, Domingo
Vasquez, Juan J
Vasquez, Fidel
Velasquez, Jose B
Vo, Kim Anh T
Vu, Ai-Nhi T
Vu, Loc H
Vu, Long V
Vu, Thanh T
Wu, Ming S
Xocol-Carac, Mauro M
Xocol-Xum, Tomas
Xocol, Manuel D
Yen, Phuc V
Yen Tai V
Yoxon, Mercedes