United States District Court
Southern District of Texas
**ENTERED**
November 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, *Secretary of Labor,* | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-0666 |
| | § § | |
| HONG KONG GROUP, INC., *et al.,* | § § | |
| Defendants. | § § | |

**ORDER**

A status conference in this matter is currently set for November 9, 2017. The plaintiff, Thomas E. Perez, United States Secretary of Labor, filed an unopposed motion to continue the status conference for approximately 40 days in order to allow the Secretary's counsel to investigate the underlying circumstances that prompted the defendant to request the hearing.

The motion is granted, and the status conference is reset for **January 5, 2017 at 10:00 a.m.**

SIGNED on November 7, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1